UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WENDY DREWS,<br><br>                              Plaintiff,<br><br>-against-<br><br>ROCKLAND PULMONARY AND MEDICAL ASSOCIATES; GOOD SAMARITAN HOSPITAL; BON SECOUR MEDICAL GROUP; WHC NETWORK.,<br><br>                              Defendants. | 24 **CIVIL** 6695 (LTS<br><br>**CIVIL JUDGMENT** |

For the reasons stated in the Order of Dismissal, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   October 30, 2024
            New York, New York

                                                                /s/ Laura Taylor Swain
                                                            LAURA TAYLOR SWAIN
                                                         Chief United States District Judge